1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEON CARROLL,

11              Plaintiff,                        No. 2:12-cv-1327 KJN P

12        vs.

13   TIM VIRGA, et al.,

14              Defendants.                       <u>ORDER</u>

15   _____/

16          On May 30, 2012, plaintiff was ordered to file, within thirty days, an in forma

17   pauperis affidavit on the form used by this district, and to submit a certified copy of his prison

18   trust account statement for the sixth month period immediately preceding the filing of the

19   complaint, and was cautioned that failure to do so would result in a recommendation that this

20   action be dismissed.  On June 25, 2012, plaintiff consented to proceed before the undersigned for

21   all purposes.  <u>See</u> 28 U.S.C. § 636(c).

22          On July 20, 2012, plaintiff was granted an additional thirty days in which to

23   comply with the May 30, 2012 order, and was again cautioned that failure to comply may result

24   in the dismissal of this action.  On September 14, 2012, plaintiff was granted an additional thirty

25   days in which to comply with the order.  Thirty days from the September 14, 2012 order have

26   now passed, and plaintiff has not responded to the court's order, and has not filed an in forma

1

1  pauperis affidavit or certified trust account statement, or otherwise responded to the court's

2  order.

3            Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

4  prejudice.  Fed. R. Civ. P. 41(b).

5  DATED:  October 23, 2012

6

7  _____

8  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

9  carr1327.fff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2