1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DEON CARROLL,
11           Plaintiff,                   No. 2:12-cv-1327 KJN P
12      vs.
13  TIM VIRGA, et al.,
14           Defendants.                  ORDER
15  _____/
16          On May 30, 2012, plaintiff was ordered to file, within thirty days, an in forma
17  pauperis affidavit on the form used by this district, and to submit a certified copy of his prison
18  trust account statement for the sixth month period immediately preceding the filing of the
19  complaint, and was cautioned that failure to do so would result in a recommendation that this
20  action be dismissed.  On June 25, 2012, plaintiff consented to proceed before the undersigned for
21  all purposes.  See 28 U.S.C. § 636(c).
22          On July 20, 2012, plaintiff was granted an additional thirty days in which to
23  comply with the May 30, 2012 order, and was again cautioned that failure to comply may result
24  in the dismissal of this action.  On September 14, 2012, plaintiff was granted an additional thirty
25  days in which to comply with the order.  Thirty days from the September 14, 2012 order have
26  now passed, and plaintiff has not responded to the court's order, and has not filed an in forma

                                              1

1 pauperis affidavit or certified trust account statement, or otherwise responded to the court's
2 order.
3 　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
4 prejudice.  Fed. R. Civ. P. 41(b).
5 DATED:  October 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr1327.fff