IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEON CARROLL,

        Plaintiff,                      No. 2:12-cv-1327 KJN P

    vs.

TIM VIRGA, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On May 30, 2012, plaintiff was ordered to file, within thirty days, an in forma pauperis affidavit on the form used by this district, and to submit a certified copy of his prison trust account statement for the sixth month period immediately preceding the filing of the complaint, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On June 25, 2012, plaintiff consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c).

        After receiving two extensions of time, plaintiff again failed to comply with the May 30, 2012 order, and this action was dismissed without prejudice on October 23, 2012. On November 5, 2012, in response to plaintiff's request, the order of dismissal was vacated, and plaintiff was granted an additional sixty days in which to comply with the May 30, 2012 order. Sixty days have now passed, and plaintiff has not responded to the court's order, and has not

1

1  complied with the May 30, 2012 order by filing an in forma pauperis affidavit or certified trust
2  account statement.
3          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
4  prejudice.  Fed. R. Civ. P. 41(b).
5  DATED: January 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9  carr1327.fff2