UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE DEON CARROLL, | No. 2:12-cv-1327 KJN P |
| Plaintiff, | |
| v. | ORDER |
| TIM VIRGA, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed January 6, 2014, this action was dismissed without prejudice. On May 1, 2014, an inmate Jose Rosales filed a document entitled "Petition for Reconsideration of Denial and Appeal to District Court Judge and Appointment of Counsel 4/10/14, 0800 Hrs." (ECF No. 27.) This document is not signed by plaintiff.

Rule 11(a) of the Federal Rules of Civil Procedure requires that all documents filed by litigants proceeding without counsel must be signed by that litigant. Id. Moreover, even if the court were to consider inmate Rosales' filing, and consider it filed as of April 10, 2014 under the mailbox rule,[1] such request for reconsideration is untimely. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within

---

[1] "[T]he Houston mailbox rule applies to § 1983 complaints filed by pro se prisoners." Douglas v. Noelle, 567 F.3d 1103, 1109 (9th Cir. 2009), citing Houston v. Lack, 487 U.S. 266, 275-76 (1988).

1

fourteen days . . . from the date of service of the ruling on the parties." Id. Here, the request for reconsideration was filed over three months after the January 6, 2014 order was issued. Therefore, the request for reconsideration is untimely and is denied.

Similarly, even if the court considered Rosales' April 10, 2014 filing as a notice of appeal, such appeal is untimely. Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, the notice of appeal must be filed within thirty days after entry of the judgment appealed from. Id. Here, judgment was entered on January 6, 2014. (ECF No. 26.) Thus, plaintiff's appeal was due on or before February 5, 2014. Moreover, the court cannot construe Rosales' filing as a request for extension of time to file an appeal because it was not submitted within sixty days from the date of judgment. Fed. R. App. P. 4(a)(5)(C)

Accordingly, IT IS HEREBY ORDERED that the May 1, 2014 motion (ECF No. 27) is denied.

Dated:  June 6, 2014

/carr1327.rec

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2